# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR DAVIS #320465** | **CIVIL ACTION** |
| versus | **NO. 07-6389** |
| **N. BURL CAIN, WARDEN** | **SECTION: "A" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that these proceedings are **STAYED** and that the Clerk of Court mark this action **CLOSED** for statistical purposes. **IT IS FURTHER ORDERED** that the Court retain jurisdiction in this matter and that petitioner be allowed to file a motion to reopen these proceedings within thirty (30) days after the Louisiana Supreme Court issues its ruling on his pending writ application.

New Orleans, Louisiana, this 2nd day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE