```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

ARTHUR DAVIS                                          CIVIL ACTION

VERSUS                                                NO. 07-6389

N. BURL CAIN                                          SECTION "A"(3)

### ORDER

The Court having considered the petition, the record, the applicable law, and Plaintiff's objections to the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's complaint should be and is hereby **DISMISSED WITH PREJUDICE**.

December 9, 2008

_____
UNITED STATES DISTRICT JUDGE